# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0989
_____

WILLIAMS LOWELL ROGERS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

February 8, 2024

PER CURIAM.

    DISMISSED.

LEWIS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Adrian S. Middleton of Sword & Shield Law Firm, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.